IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM MONTRELL GOBER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81695

FILED

SEP 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION
FOR A WRIT OF MANDAMUS*

In this original pro se petition for a writ of mandamus, petitioner seeks a writ directing the district court to enforce its order requiring petitioner's former counsel to provide him with his case files.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844

20-34114

(2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ Pickering , C.J.
  Pickering

_____ , J.
  Hardesty

_____ Silver , J.
  Silver

cc:   Adam Montrell Gober
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk